AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| KYLAH MARIE SMITH | ) | Case No.  1:23-cr-174-ECM |
| | ) | USM No.  67261-510 |
| | ) | Rachel P. Judge |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s)  1 - 7   after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant committed another federal, state or local crime | 03/12/2024 |
| 2 | The Defendant commited another federal, state or local crime | 03/12/2024 |
| 3 | The Defendant commited another federal, state or local crime | 03/12/2024 |
| 4 | The Defendant commited another federal, state or local crime | 03/12/2024 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5695

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Dothan, Alabama

06/17/2024
Date of Imposition of Judgment

/s/ Emily C. Marks
Signature of Judge

Emily C. Marks, Chief United States District Judge
Name and Title of Judge

06/18/2024
Date

DEFENDANT: KYLAH MARIE SMITH
CASE NUMBER: 1:23-cr-174-ECM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | The Defendant unlawfully posessed a controlled substance | 03/12/2024 |
| 6 | The Defendant owned, possessed or had access to a firearm, ammunition, destructive device, or dangerous weapon | 03/12/2024 |
| 7 | The Defendant failed to refrain from the unlawful use of a controlled substance | 03/12/2024 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: KYLAH MARIE SMITH
CASE NUMBER: 1:23-cr-174-ECM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 Months, with no term of supervised release to follow.  This sentence shall run consecutively to any sentence imposed in the pending cases in the District Court of Houston Co., Alabama, DC-2024-000784 - DC-2024-000787.  The term of Probation imposed on October 4, 2023, is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the Defendant be designated to a facility where drug treatment, mental health treatment, and vocational training are available.  That the Defendant be designated to a facility where she can obtain her GED.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL